UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **09-CV-82290-Ryskamp-Vitunac**

KENYATTA L. THOMAS,

    Plaintiff,

v.

SUPERIOR RECOVERY SERVICES
AND ASSOCIATES, INC.,

    Defendant.

_____/

```
FILED by   VT   D.C.
ELECTRONIC

Nov. 12, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

## COMPLAINT
## JURY DEMAND

1.      Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15

U.S.C. §1692 *et seq.* ("FDCPA") and the Florida Consumer Collection Practices

Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

## JURISDICTION AND VENUE

2.      This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and

15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here

and Defendant placed telephone calls into this District.

## PARTIES

3.      Plaintiff, KENYATTA L. THOMAS, is a natural person, and citizen

of the State of Florida, residing in Palm Beach County, Florida.

4.    Defendant, SUPERIOR RECOVERY SERVICES AND

ASSOCIATES, INC., is a corporation and citizen of the State of New Jersey with

its principal place of business at Building B, 1173 East Landis Avenue, Vineland,

New Jersey 08360.

5.    Defendant regularly uses the mail and telephone in a business the

principal purpose of which is the collection of debts.

6.    Defendant regularly collects or attempts to collect debts for other

parties.

7.    Defendant is a "debt collector" as defined in the FDCPA.

8.    Defendant was acting as a debt collector with respect to the collection

of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.    Defendant sought to collect from Plaintiff an alleged debt arising from

transactions incurred for personal, family or household purposes.

10.    Defendant left the following messages on Plaintiff's voice mail on or

about the dates stated:

Between October 14, 2008 and November 21, 2008 – Pre-
recorded Message
6. This is Adam Solomon. This is not a sales or marketing phone call. This is
a message concerning business you are currently conducting. Please call us
back at 1-866-696-4188. Thank you.

Between October 14, 2008 and November 21, 2008

2

Kenyatta Thomas. This is Monica James with SRS and Associates. It is absolutely imperative that you or your legal representation contact my office regarding a pending matter. I advocate a return call today to see if we are able to come up with a resolution as my client has requested for my final decision on this matter. My office number is 800-801-0065 at extension 147. It is in your best interest to contact me today being once my decision is rendered it cannot be reversed. This message is intended for Kenyatta Thomas.

Between October 14, 2008 and November 21, 2008 – Pre-recorded Message
This is Adam Solomon. This is not a sales or marketing phone call. This is a message concerning business you are currently conducting. Please call us back at 1-866-696-4188. Thank you.

Between October 14, 2008 and November 21, 2008
Kenyatta Thomas. This is Judith Stanton. You or your legal representation need to contact my office immediately today at 800-801-0065, extension 121. I am being asked to render a final decision on your behalf regarding a pending claim that was forwarded to my office for finalization. Once my decision is rendered, Kenyatta, it cannot be reversed. Therefore, I strongly urge you or your legal representation to extend the courtesy of a return call to my office today. 1-800-801-0065, extension 121. Kenyatta, it is your obligation to contact my office and failure to do so will result in me recording my decision as a willful and deliberate evasion on your behalf. Once again this message is for Kenyatta Thomas.

Between November 21, 2008 and December 5, 2008 – Pre-recorded Message
6. This is Adam Solomon. This is not a sales or marketing phone call. This is a message concerning business you are currently conducting. Please call us back at 1-866-696-4188. Thank you.

Between November 21, 2008 and December 5, 2008
Kenyatta Thomas. My name is Shawn Schwartz. I am calling from the office of Michael Kahn. Ms. Thomas, we have been trying to contact you for quite some time now in regards to a pending matter, yet you have failed to reply to any of our messages. Either you or your legal representation need to contact me immediately and discuss this matter to see if we can come to a resolution. Our office number is 866-696-4188. Ms. Thomas, if I do not have a return call, I will assume you have no intentions of voluntarily

resolving this matter and will forward all information back to my client informing them they should seek further avenues for closure. I will be expecting your call here shortly and again this message is solely for Kenyatta Thomas.

December 15, 2008
This message is for Kenyatta Thomas. This is Judith Stanton. Kenyatta, you or your legal representation need to contact my office immediately today at 1-866-500-9832, extension 121. Kenyatta, I am being asked to render a final decision on your behalf regarding a pending matter that was forwarded to my office for finalization. Once my decision is rendered, it cannot be reversed and therefore, I strongly urge you or your legal representation to extend the courtesy of a return call to my office today. 1-866-500-9832, extension 121. Kenyatta, it is your obligation to contact my office and failure to do so will result in me recording my decision as a willful and deliberate evasion on your behalf. Once again this message is for Kenyatta Thomas.

December 29, 2008
Kenyatta Thomas. This is Mr. Fox calling from the office of SRS and Associates. It is absolutely imperative that you or your legal representation contact my office regarding a pending matter. I advocate a return call today to see if we are able to come to a resolution, as my client has requested my final decision on this matter. My office number is 1-866-500-9832. Kenyatta, it is in your best interest to call my office today because once my decision is rendered, it cannot be reversed. Good luck.

January 28, 2009 – Pre-recorded Message
4188. Thank you. This is Adam Solomon.  This is not a sales or marketing phone call.  This is a message concerning business that you are currently conducting.  Please call us back at 1-866-696-4188.  Thank you.

January 30, 2009 – Pre-recorded Message
This is Adam Solomon.  This is not a sales or marketing phone call.  This is a message concerning business that you are currently conducting.  Please call us back at 1-866-696-4188.  Thank you.

4

11.     Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

### COUNT I
### FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14.     Plaintiff incorporates Paragraphs 1 through 13.

15.     Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.      Damages;

b.      Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

5

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16.     Plaintiff incorporates Paragraphs 1 through 13.

17.     Defendant placed telephone calls to Plaintiff without making

meaningful disclosure of its identity when it failed to disclose its name and the

purpose of Defendant's communication in the telephone messages in violation of

15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-

61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September

23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga.

1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit; and

c.     Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

18.     Plaintiff incorporates Paragraphs 1 through 13.

19.     Defendant caused Plaintiff's telephone to ring repeatedly or

continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C

§1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

20.    Plaintiff incorporates Paragraphs 1 through 13.

21.    Defendant asserted the right to collect a debt by leaving repeated telephone messages for Plaintiff without disclosing its name and that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

d.      permanently injoining Defendant from engaging in the

complained of practices; and

e.      Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

22.     Plaintiff incorporates Paragraphs 1 through 13.

23.     By failing to disclose its name, that it is a debt collector and the

purpose of its communication, and by telephoning Plaintiff with such frequency as

can be reasonably be expected to harass, Defendant willfully engaged in conduct

the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

a.      Damages;

b.      Attorney's fees, litigation expenses and costs of suit;

c.      declaring that Defendant's practices violate the FCCPA;

d.      permanently injoining Defendant from engaging in the

complained of practices; and

e.      Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

8

Dated this ___12___ day of November, 2009.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By:_____
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658

9

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**

Kenyatta L. Thomas

**DEFENDANTS**

Superior Recovery Services And Associates, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) **PALM BEACH**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Donald A. Yarbrough, Esq. Post Office Box 11842
Fort Lauderdale, FL 33339, Telephone (954) 537-2000

ATTORNEYS (IF KNOWN)

9:09CV 82290-Ryskomp-Vitunac

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

| II.   BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY) | III.   CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Case Only) | | | | (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) | |
|---|---|---|---|---|---|---|
| | | PTF | DEF | | PTF | DEF |
| ☐ 1. U.S. Government Plaintiff   ☒ 3. Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | ☐ 1 | ☐ 1 |
| | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| ☐ 2. U.S. Government Defendant   ☐ 4. Diversity (Indicate Citizenship of Parties in Item III) | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

**IV.   CAUSE OF ACTION**   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.**   **1-2** days estimated (for both sides) to try entire case   15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A  CONTRACT | A  TORTS | | B  FORFEITURE PENALTY | A  BANKRUPTCY | A  OTHER STATUS |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A  PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault. Libel & Slander | ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **B  SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending B | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities /Commodities /Exchange |
| ☐ 160 Stockholder's Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personnel Property Damage | | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **A  LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A  REAL PROPERTY** | **A  CIVIL RIGHTS** | **B  PRISONER PETITIONS** | ☐ 720 Labor Management Relations B | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor Management Reporting & Disclosure Act | **A  FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | ☐ 530 General* | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other* | ☐ 791 Employee Ret. Inc. Security Act B | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights *A or B | | | ☒ 890 Other Statutory Actions* *A or B |
| ☐ 290 All Other Real Property | | | | | |

| VI.  ORIGIN | (PLACE AN X IN ONE BOX ONLY) | | | | |
|---|---|---|---|---|---|
| ☒ 1. Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Refiled   ☐ 5. Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7. Appeal to District Judge from Magistrate Judgment |

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A ☐ UNDER F.R.C.P.23 | CLASS ACTION No | DEMAND $ N/A | ☐ Check YES only if demanded in complaint   JURY DEMAND: | ☒ YES ☐ NO |
|---|---|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**   (See Instructions)    JUDGE _____    DOCKET NUMBER _____

DATE: November 1_, 2009    SIGNATURE OF ATTORNEY OF RECORD _____

UNITED STATES DISTRICT COURT

FOR OFFICE USE ONLY: Receipt No. 548048    Amount 350 10
Date Paid: _____    M/ifp: _____

S/F 1-2
REV. 9/94